UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                 Case No. **26-mj-30402**
                                    Originating No. 26CR22

**FREDERICK HAMILTON**

      Defendant.

_____/

**<u>GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF</u>**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **FREDERICK HAMILTON** to answer charges pending in another federal district, and states:

1. On **<u>July 6, 2026</u>**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **<u>District of Virgin Islands based on an Information</u>**.  **<u>The defendant is charged in that district with violating 21 U.S.C. Sections 846 and 841 – Conspiracy to Possess with Intent to Distribute a Controlled Substance, and Possession with Intent to Distribute a Controlled Substance.</u>**

2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is

entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/ Nicholas McIntyre*
NICHOLAS MCINTYRE
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: July 7, 2026